Court of Appeal, Third Circuit, Parish of Rapides. 182 So.2d 353.

Writ refused. We find no error of law in the judgment complained of.

185 So.2d 220

**Mrs. Charlene W. MORRIS, widow of William E. Morris, individually and on behalf of her minor children Dinah Sue, Sarah Lee and Candice Morris,**

v.

**FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, and Harvey W. Paige.**

**No. 48119.**

May 2, 1966.

In re: Firemen's Insurance Company of Newark, New Jersey, and Harvey W. Paige applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 183 So.2d 388.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

HAMLIN, J., is of the opinion that the writ should be granted.